**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**BANGOR DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**and**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**and**<br><br>**RBTM LLC, a Wyoming limited liability company,**<br><br>**Plaintiffs.**<br><br>**v.**<br><br>**AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja,**<br><br>**and**<br><br>**William Barnet, an individual,**<br><br>**and**<br><br>**Chad Garceau, an individual,**<br><br>**Defendants.** | ) | CASE NO. _______<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc. and RBTM LLC, state as follows:

- ABC IP, LLC is a limited liability company organized under the laws of the State of Delaware. ABC IP, LLC has no parent corporation, and there is no publicly held corporation that has any ownership interest in it.

- Rare Breed Triggers, Inc. is a corporation incorporated under the laws of the State of Texas. Rare Breed Triggers, Inc. has no parent corporation, and there is no publicly held company that has any ownership interest in it.
- RBTM LLC is a limited liability company organized under the laws of the State of Wyoming. RBTM LLC has no parent corporation, and there is no publicly held corporation that has any ownership interest in it.

DATED: July 22, 2026

Respectfully submitted,

*/s/ Paul McDonald*

Paul McDonald
Lucas L. Fortier
**BERNSTEIN SHUR**
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
E-mail: pmcdonald@bernsteinshur.com
E-mail: lfortier@bernsteinshur.com

Matthew A. Colvin (*Pro Hac Vice* forthcoming)
Texas Bar No. 24087331
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Glenn D. Bellamy (*Pro Hac Vice* forthcoming)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Decker A. Cammack (*Pro Hac Vice* forthcoming)
Texas Bar No. 24036311
**WHITAKER, CHALK, SWINDLE & SCHWARTZ, PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
E-mail: dcammack@whitakerchalk.com
Tel: (817) 878-0500
Fax: (817) 878-0501

*Attorneys for Plaintiffs*
*ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC*