AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Maine, Bangor Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1-26-cv-00375-JAW | July 22, 2026 | for the District of Maine, Bangor Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| ABC IP, LLC, A Delaware Limited Liability Company, Rare Breed Triggers, Inc., A Texas Corporation, and RBTM LLC, a Wyoming Limited Liability Company | AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja, William Barnet, an individual, and Chad Garceau, an individual |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 12,636,403 B2 | 5/26/2026 | ABC IP, LLC |
| 2 US 12,578,159 B2 | 3/17/2026 | ABC IP, LLC |
| 3 US 12,529,538 B2 | 1/20/2026 | ABC IP, LLC |
| 4 US 12,031,784 B1 | 7/9/2024 | ABC IP, LLC |
| 5 US 12,038,247 B2 | 7/16/2024 | ABC IP, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

Date and time issued: 4:17 pm, Jul 22 2026

*Clerk of Court Signature*

City and state: **PORTLAND, MAINE**

**Jennifer Lyons, Clerk of Court**

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MAINE