AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Maine, Bangor Division on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1:26-cv-00375-JAW | | for the District of Maine, Bangor Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| ABC IP, LLC, A Delaware Limited Liability Company, Rare Breed Triggers, Inc., A Texas Corporation, and RBTM LLC, a Wyoming Limited Liability Company | AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja, William Barnet, an individual, and Chad Garceau, an individual |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 FRT | 3/24/2026 | RBTM LLC |
| 2 FRT-15 | 3/21/2023 | RBTM LLC |
| 3 FRT-22 | 4/28/2026 | RBTM LLC |
| 4 FRT-47 | 4/28/2026 | RBTM LLC |
| 5 FRT-15L3 | 4/21/2026 | RBTM LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Date and time issued: 4:16 pm, Jul 22 2026

City and state: PORTLAND, MAINE

[signature]
*Clerk of Court Signature*

Jennifer Lyons, Clerk of Court
*Printed name and title*