*RETURN*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

ABC IP, LLC, a Delaware Limited Liability Company, Rare Breed Trigger, Inc., a Texas Corporation, and RBTM LLC, a Wyoming Limited Liability Company

*Plaintiff(s)*

v.

AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja, William Barnet, an individual, and Chad Garceau, an individual

*Defendant(s)*

Civil Action No. 1-26-cv-00375-JAW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AESIR LLC, d/b/a Reset Ninja
342 Stinson St
Pittsfield, ME 04967

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul McDonald
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
E-mail: pmcdonald@bernsteinshur.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: July 22, 2026

Jennifer Lyons
Clerk, U.S. District Court

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* AESIR, LLC, et al.
was received by me on *(date)* 07-29-2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Audrey Chisholm (Registered Agents, Inc) who is designated by law to accept service of process on behalf of *(name of organization)* AESIR, LLC on *(date)* 07-30-2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07-30-2026

[signature]
*Server's signature*

David L. Pratt, Jr.
Deputy, York County Sheriff's Office
1 Layman Way, Alfred, ME 04002
(207)432-1111
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: