UNITED STATES DISTRICT COURT
District of Maine

ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC )
Plaintiff(s), )
vs. ) Case No. 1:26-cv-00375-JAW
)
AESIR LLC, d/b/a Reset Ninja, William Barnet, and Chad Garceau )
Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Matthew A. Colvin

2. State bar membership number(s): 24087331

3. Firm name, address and telephone number:
   Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, TX 75201
   Tel: (214) 747-5070

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Supreme Court of Texas; U.S. District Courts: Eastern District of Texas; Western District of Texas; Southern District of Texas; Western District of Wisconsin;
   Eastern District of Wisconsin; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the Fifth Circuit

5. Name, address and telephone number of associated local counsel:
   Paul McDonald, BERNSTEIN SHUR, 100 Middle Street, P.O. Box 9729, Portland, ME 04104-5029
   Tel: (207) 774-1200

6. Party name(s) entering appearance for:
   ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body? ☐ Yes ☑ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies? ☐ Yes ☑ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑ Yes ☐ No

Dated: 09/01/2026 /s/ Paul McDonald
Signature of Local Counsel

Dated: 09/01/2026 /s/ Matthew A. Colvin
Signature of Applicant