**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**BANGOR DIVISION**

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**and**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**and**<br><br>**RBTM LLC, a Wyoming limited liability company,**<br><br>**Plaintiffs.**<br><br>**v.**<br><br>**AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja,**<br><br>**and**<br><br>**William Barnet, an individual,**<br><br>**and**<br><br>**Chad Garceau, an individual,**<br><br>**Defendants.** | **CASE NO. 1:26-CV-00375-JAW**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING MULTIDISTRICT LITIGATION FILING**

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC (collectively "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Rare Breed Triggers Patent Litigation*, MDL No. 3176.

1. On December 23, 2025, Defendants in related actions ("Movants") involving the accused Super Safety device filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("Motion") before the Judicial Panel on Multidistrict Litigation ("Panel"). *See In re: Super Safety Patent Litigations*, MDL 3176, Dkt. 1 (J.P.M.L. Dec. 23, 2025).

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 before the Panel. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 before the Panel. On January 30, 2026, The Partisan Network filed an Interested Party Response to Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407 before the Panel.

3. On April 2, 2026, the Panel issued a Transfer Order ("TO-1"), transferring Movants' cases to the Eastern District of Texas for assignment to the Honorable Amos L. Mazzant, III, for coordinated or consolidated pretrial proceedings. *See In re: Rare Breed Triggers Patent Litigation*, MDL 3176, Dkt. 44 (J.P.M.L. Apr. 2, 2026).

4. On April 3, 2026, the Panel issued a Conditional Transfer Order ("CTO"), conditionally transferring sixteen additional cases to the MDL in the Eastern District of Texas. *See In re: Rare Breed Triggers Patent Litigation*, MDL 3176, Dkt. 45 (J.P.M.L. Apr. 3, 2026).

5. On June 4, 2026, the Panel issued a Transfer Order ("TO-2"), transferring cases involving the accused Disruptor device to the existing MDL in the Eastern District of Texas. *See In re: Rare Breed Triggers Patent Litigation*, MDL 3176, Dkt. 104 (J.P.M.L. June 4, 2026).

6. On August 28, 2026, Plaintiffs filed a Notice of Potential Tag-Along Actions before the Panel.

7. Copies of the Motion (including associated exhibits, responses, and replies), TO-1, CTO, TO-2, and Plaintiffs' Notice of Potential Tag-Along Actions are attached hereto at Attachments 1–8.

DATED: September 4, 2026

Respectfully submitted,

*/s/ Lucas L. Fortier*
Paul McDonald
Lucas L. Fortier
**BERNSTEIN SHUR**
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
E-mail: pmcdonald@bernsteinshur.com
E-mail: lfortier@bernsteinshur.com
Tel: (207) 774-1200

Matthew A. Colvin (Admitted *Pro Hac Vice*)
Texas Bar No. 24087331
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Glenn D. Bellamy (*Pro Hac Vice* forthcoming)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Decker A. Cammack (*Pro Hac Vice* forthcoming)
Texas Bar No. 24036311
**WHITAKER, CHALK, SWINDLE & SCHWARTZ, PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
E-mail: dcammack@whitakerchalk.com
Tel: (817) 878-0500

*Attorneys for Plaintiffs*

*ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 4, 2026, via the Court's CM/ECF system.

I further certify that, service was also effected on Defendants via E-Mail to the following addresses:

Eric Menhart
Lexero Law
80 M St SE, Ste 100
Washington, DC 20003
Eric.Menhart@Lexero.com

*/s/ Lucas L. Fortier*
Lucas L. Fortier