STANDARD,STAYED

# U.S. District Court
# District of Maine (Bangor)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00375−JAW

ABC IP LLC et al v. AESIR LLC et al
Assigned to: JUDGE JOHN A. WOODCOCK, JR
Referred to: MAGISTRATE JUDGE KAREN FRINK WOLF
Cause: 35:271 Patent Infringement

Date Filed: 07/22/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP LLC** represented by

**PAUL MCDONALD**
BERNSTEIN SHUR SAWYER & NELSON
100 MIDDLE STREET
PORTLAND, ME 04104−5029
207−774−1200
Email: pmcdonald@bernsteinshur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LUCAS LEVITE FORTIER**
BERNSTEIN SHUR SAWYER & NELSON
100 MIDDLE STREET
PORTLAND, ME 04104−5029
207−228−7139
Email: lfortier@bernsteinshur.com
*ATTORNEY TO BE NOTICED*

**MATTHEW A. COLVIN**
FISH & RICHARDSON P.C.
1717 MAIN STREET
SUITE 5000
DALLAS, TX 75201
214−747−5070
Fax: 214−747−2091
Email: colvin@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RARE BREED TRIGGERS INC** represented by

**PAUL MCDONALD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LUCAS LEVITE FORTIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW A. COLVIN**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RBTM LLC** represented by **PAUL MCDONALD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LUCAS LEVITE FORTIER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW A. COLVIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AESIR LLC**
*doing business as*
RESET NINJA

**Defendant**

**WILLIAM BARNETT**

**Defendant**

**CHAD GARCEAU**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2026 | Ï 1 | COMPLAINT with Jury Demand filed by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC against AESIR LLC, WILLIAM BARNETT, CHAD GARCEAU.<br><br>**PAYMENT OF FILING FEE DUE WITHIN 48 HOURS.** To pay with credit card counsel are instructed to login to CM/ECF and select **Pay Fee** found under the **Other Documents** category. Payment of Filing Fee due by 7/24/2026. Service of Process Deadline 10/20/2026(cjd) (Entered: 07/22/2026) |
| 07/22/2026 | Ï 2 | CIVIL COVER SHEET. (cjd) (Entered: 07/22/2026) |
| 07/22/2026 | Ï 3 | RULE 7.1 DISCLOSURE STATEMENT by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC. (cjd) (Entered: 07/22/2026) |
| 07/22/2026 | Ï 4 | Summonses Issued as to AESIR LLC, WILLIAM BARNETT, CHAD GARCEAU.<br><br>**Counsel shall print the embossed summons and effect service in the manner in accordance with Fed.R.Civ.P.4.** |

| | | |
|---|---|---|
| | | **Note−If you are using Version 6 of Adobe Acrobat, be sure the PRINT WHAT field is set to DOCUMENTS AND COMMENTS (Click File, then Print to check this setting).**<br><br>(Attachments: # 1 William Barnett Summons, # 2 Chad Garceau Summons)(cjd) (Entered: 07/22/2026) |
| 07/22/2026 | Ï 5 | AO FORM 120: REPORT on the Filing or Determination of an Action Regarding a Patent or Trademark (Attachments: # 1 AO 120 Trademark) (cjd) (Entered: 07/22/2026) |
| 07/23/2026 | Ï 6 | ADDITIONAL ATTACHMENTS filed by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC re 1 Complaint, . Main Document: Exhibit A to Complaint. (Attachments: # 1 Exhibit B to Complaint, # 2 Exhibit C to Complaint, # 3 Exhibit D to Complaint, # 4 Exhibit E to Complaint, # 5 Exhibit F to Complaint)(MCDONALD, PAUL) Modified on 7/23/2026 to remove duplicative exhibit text (jam). (Entered: 07/23/2026) |
| 07/23/2026 | Ï | FEE PAID: Civil Filing Fee (Amount Paid $405 receipt number AMEDC−3325195). (MCDONALD, PAUL) (Entered: 07/23/2026) |
| 08/03/2026 | Ï 7 | SERVICE Returned EXECUTED filed by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC as to WILLIAM BARNETT. (FORTIER, LUCAS) (Entered: 08/03/2026) |
| 08/03/2026 | Ï 8 | SERVICE Returned EXECUTED filed by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC as to AESIR LLC. (FORTIER, LUCAS) (Entered: 08/03/2026) |
| 08/04/2026 | Ï | Set Answer Deadline for WILLIAM BARNET, AESIR LLC per executed summons No. 7, 8: Answer due by 8/20/2026. (jam) (Entered: 08/04/2026) |
| 08/06/2026 | Ï 9 | SERVICE Returned EXECUTED filed by ABC IP LLC, RARE BREED TRIGGERS INC, RBTM LLC as to CHAD GARCEAU. (FORTIER, LUCAS) (Entered: 08/06/2026) |
| 08/06/2026 | Ï | Set Answer Deadline for CHAD GARCEAU per executed summons No. 9: Answer due by 8/20/2026. (jam) (Entered: 08/06/2026) |
| 08/24/2026 | Ï | Set Deadlines no answer or responsive pleading filed by WILLIAM BARNET, AESIR LLC, CHAD GARCEAU: Check for Filing of a Motion for Default on 9/23/2026. (jam) (Entered: 08/24/2026) |
| 09/01/2026 | Ï 10 | CERTIFICATION for Admission Pro Hac Vice of Matthew A. Colvin filed by PAUL MCDONALD on behalf of All Plaintiffs (Total admission fee $ 200 receipt number AMEDC−3341615.) (MCDONALD, PAUL) (Entered: 09/01/2026) |
| 09/01/2026 | Ï 11 | NOTICE of APPROVAL by Clerk's Office re 10 Certification for Admission Pro Hac Vice. Attorney MATTHEW A. COLVIN for ABC IP LLC,MATTHEW A. COLVIN for RARE BREED TRIGGERS INC,MATTHEW A. COLVIN for RBTM LLC added to this specific case only.<br><br>Maine has transitioned to the NextGen ECF filing system; therefore, to complete the admissions process, Attorney Matthew A. Colvin must register for a PACER account and/or request the appropriate e−filing rights in the District of Maine via PACER at www.pacer.uscourts.gov by 9/8/2026. NOTE: Counsel appearing Pro Hac Vice MUST click on the PRO HAC VICE link when requesting e−filing rights via PACER. For more details on NextGen/PACER go to our website at www.med.uscourts.gov. (jgd) (Entered: 09/01/2026) |
| 09/04/2026 | Ï 12 | NOTICE/CORRESPONDENCE Re: Multidistrict Litigation Filing by All Plaintiffs (Attachments: # 1 Exhibit 1 − Motion to Transfer (1), # 2 Exhibit 2 − Motion to Transfer (2), # 3 Exhibit 3 − Motion to Transfer (3), # 4 Exhibit 4 − Partisan Network's Response, # 5 Exhibit 5 − Transfer Order 1, # 6 Exhibit 6 − Conditional Transfer Order, # 7 Exhibit 7 − Transfer Order 2, # 8 Exhibit 8 − Notice of Tag−Along Actions)(FORTIER, LUCAS) (Entered: 09/04/2026) |

| | | |
|---|---|---|
| 09/10/2026 | 13 | MINUTE ORDER − TO INVOLVED CLERKS − Conditional Transfer Order (CTO−12) Finalized on 9/10/2026. Please see pleading (3 in ARE/4:26−cv−00702, 3 in FLN/1:26−cv−00165, 3 in GAM/1:26−cv−00071, 175 in MDL No. 3176, 3 in ME/1:26−cv−00375, 3 in MIE/4:26−cv−12546, 3 in MOW/3:26−cv−05045, 3 in MOW/6:26−cv−03431, 3 in MSS/3:26−cv−00541, 3 in NH/1:26−cv−00613).As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.The 7−day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Texas for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.Signed by Clerk of the Panel Jessica D. Birnbaum on 9/10/2026. (jgd) (Entered: 09/10/2026) |
| 09/10/2026 | 14 | MDL CERTIFIED TRANSFER ORDER. (jgd) Modified on 9/10/2026 to change "Conditional" to "Certified" (jgd). (Entered: 09/10/2026) |
| 09/10/2026 | 15 | NOTICE of Docket Entry Modification regarding 14 MDL Certified Transfer Order: this docket entry was modified to change text from "Conditional" to "Certified". (jgd) (Entered: 09/10/2026) |